# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

127794

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BETTY SCHILLER and GERALD
SCHILLER, Conservators for MICHAEL
SCHILLER, an incapacitated individual,
     Plaintiffs-Appellees,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
     Defendant-Appellant.

SC: 127794
COA: 258344
Washtenaw CC: 03-001122-NF

_____/

By order of September 21, 2005, the application for leave to appeal the December 2, 2004 order of the Court of Appeals was held in abeyance pending the decision in *Cameron v Auto Club Insurance Ass'n* (Docket No. 127018). On order of the Court, the case having been decided on July 28, 2006, 476 Mich ___ (2006), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

We further ORDER that the stay entered by this Court on July 29, 2005 remains in effect until completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

Clerk

p0918